COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-335-CR

 

DUSTIN M. FINLEY                                                              APPELLANT

 

                                                   V.

THE
STATE OF TEXAS                                                                STATE

                                               ----------

        FROM COUNTY CRIMINAL COURT NO. 8 OF
TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have
considered appellant=s AMotion
For Voluntary Dismissal Of Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure.  Tex. R.
App. P. 42.2(a).  No decision of this
court having been delivered before we received this motion, we grant the motion
and dismiss the appeal.  See Tex.
R. App. P. 42.2(a), 43.2(f).

PER
CURIAM

PANEL:
WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: February 19,
2009











[1]See Tex. R. App. P. 47.4.